FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM FULKERSON,                          ]
                                            ]
                    Plaintiff,              ]
                                            ]
v.                                          ]          Case No. **25cv258 KK** _____
                                            ]
New Mexico Department of Justice,           ]
the following Individuals in their official ]
capacity: Raul Torrez, Hector Balderas,     ]
Andrew Deakyne and Rodney Gabaldon;         ]          **Fair Hearing Demanded**
                                            ]          **Jury Trial Demanded**
Defendants.

## VIOLATION OF CONSTITUTIONAL RIGHTS AND DAMAGES COMPLAINT

**COMES NOW,** Plaintiff, a P.T.S.D. disabled *Pro Se* litigant, who states, under penalty of perjury, the following:

1.  The Questions the Plaintiff asked to this Court to answer is "Whose responsible for ENSURING that the Constitutional rights of a United States (U.S.) citizen who is residing within the U.S. are not violated by Federal or State Actors? Is it **ONLY** the citizens' individual duty to uphold and defend their own Legal Constitutional rights against any and all federal / State Actors? **OR,** is it someone else's legal duty to do so?" Someone who is TRAINED to understand the navigation of the LEGAL SYSTEM that MOST individual citizens LACK THE ABILITY to do so successfully! The Plaintiff contends that he **as an individual citizen** continues to uphold and defend his Constitutional rights before this Court in this Lawsuit. He and only he!!! This is wrong and the Plaintiff seeks the Court's ruling on this issue, please. The Subject matter jurisdiction by this Court is based upon federal questions of Law that need to be answered by this Court.

2.  The Plaintiff wants this Court to know that as the Plaintiff's legal knowledge and experience has grown, so has his ability to more accurately discuss the legal issues in detail − in a civil context and in a criminal context. This document is a testament to that fact.

3.  Judge Davenport ordered that the Plaintiff needed to file this claim against the Defendants to get Justice with some necessary corrections to the case itself in order for it to move forward.

See **Exhibit SMD 1** - Judge Davenport's Dismissal decision letter. There are some discrepancies or inaccuracies in her statements contained within that document. I will address the ones I believe need to address in this lawsuit to ensure that the legal issues do not get caught up in muddy water and bring on confusion - so to speak. The Plaintiff has updated the entire document to reflect the changes Judge Davenport requested.

4. **Exhibit SCY 1** is the Plaintiff's copy of the" Plaintiff's Response To Show Cause Order and Amended Complaint" document filed in the preceding lawsuit, case number - 1:24-cv-00382. The Plaintiff believes the submission of this document should help with the prevention of excessive, useless and/or frivolous motions by the Defendants as they attempt to hide their culpability on the legal issues.

5. **Exhibit PCS 1** – is the (**STRICKENED**) "Plaintiff's Closing Statement" document from the previous lawsuit case as it did not get any consideration in the previous lawsuit whatsoever. This document outlines the Defendants' criminality on the legal issues of the Instant case that are now before this Court.

6. The **Continuing Violation Doctrine** is applicable to this case based upon the following legal facts: **1)** at the heart of the legal matters is a HOSTILE WORK ENVIRONMENT (HWE) which allows for the consideration of that doctrine. Originally, the Plaintiff's complaints were EEO related that have now MORPHED into the current due process case; and **2)** until the HWE issues are legally resolved, the doctrine remains in an(**Prospective**) over-riding effect throughout the life of the Plaintiff's complaints stemming from the origins of his complaints. Also, the **Cumulative Error Doctrine issue** can be applicably raised and argued as well and it should be considered by this Court.

7. The Plaintiff states that any and all negative statements made publically or in court filings - past or presently not specifically admitted to by the Plaintiff are deemed DENIED.

**SO HERE WE GO!!!**

8. First Issue is the Plaintiff's federal Property Interest right (discussed below) to his federal career has been violated **by all of the Conspirators – the ones named in this lawsuit and the unnamed ones discussed within this lawsuit.** In Plaintiff's **Exhibit Number 4**, the "Plaintiff's Petition for Rehearing" document, the Plaintiff discusses the historical legal development of the Federal employee's property interest right. THE PLAINTIFF CONTENDS THAT PETITION SHOULD HAVE BEEN GRANTED!!! A copy of that document was discussed in the cover letter and sent to the NMDOJ in August 2022. The Plaintiff's Liberty Interest rights (discussed below) have been violated by the same conspirators. All of the Conspirators have discriminated against the Plaintiff by the illegal actions they took individually that has deprived the Plaintiff of his legally entitled Constitutional rights (discussed below.)

9.  The Plaintiff's Complaints contain citations and claims based upon the alleged violation of his federal and state rights under the Crime Victims Act at 18 U.S.C. Subsection 3771; allegations of Deprivation of Rights under the color of law and Conspiracy Against Rights under 18 U.S.C. SUBSECTIONS 241 AND 242; judicial bias and judicial misconduct under 42 U.S.C. Subsections 1983, 1985 and 1986; as well as the violation of the "due process clause of the Fifth Amendment of the United States Constitution and Article 2, Subsection 18 of the New Mexico state Constitution." Therefore, the jurisdiction of this Court is proper under 28 U.S.C. Subsection 1331 to resolve the stated federal questions that are discussed in this lawsuit.

10. To be clear, Judge Baldock <u>suppressed</u> "EVIDENCE IN THE CASE FILES" to bolster his biased opinion of the Plaintiff. Judge Johnson <u>followed suit</u>. The suppression of the Plaintiff's favorable evidence from the 2018 case before Judge Baldock is contained in Exhibit 2020 which are supportive affidavits from co-workers, an (incomplete) Agency Internal investigation Conclusions - with unanswered questions including **WITNESS TAMPERING** ISSUES (Patricia Brown Affidavit), a letter showing the formal diagnosis of the Plaintiff's PTSD disability <u>IN JANUARY 2012</u> that Judge Baldock and Judge Johnson failed to identify or acknowledge in their discussion of the facts/evidence of the case before them. A review of Baldock's April 2018 decision letter and Johnson 2021 decision letter shows that they failed to discuss any of these items or other favorable evidence in front of them in the case files. This evidence suppression cannot be overlooked or denied at this late date. **This is a procedural due process violation by federal judges.** **The Plaintiff makes a Motion for the setting aside of all previous legal decisions made on the numerous court cases filed by the Plaintiff on this basis.**

11. The Ten Circuit Court of Appeals panel of Judges cannot escape its' own failures on this very same issue. **They turned down the Plaintiff's PETION FOR REHEARING ON HIS CONSTITUTIONAL RIGHTS BEING VIOLATED!!!** Ignorance of the Law is no excuse !!!

12. THE SUPPRESSION OF EVIDENCE IS <u>OUTSIDE THE LAWFUL PARAMETERS AND DUTIES OF A U.S. FEDERAL JUDGE</u>. WHEN A JUDGE OPERATES OUTSIDE THE DUTIES OF THEIR POSITION <u>WHICH VIOLATES DUE PROCESS</u>, THE JUDGES HAVE NO IMMUNITY. *See Aetna Life Insurance Co. V. Lavoie, 475 U.S. 813, 825 (1986); Withrow v. Larkin, 421 U.S. 35, 47 (1975).* The Plaintiff contends that a **BIVENS ACTION Claim** provides an avenue for claimants to file claims against government entities/individuals who violate the claimant's Constitutional rights while **acting as agents for another under the color of law for that Defendant** – which is the case for Defendants Andrew Deakyne and Rodney Gabaldon.

13. The Plaintiff is **relying on the application of 42 U.S.C. Subsection 1986** regarding the illegal actions taken and the damages caused by the ALL of the Judges including the Administrative Law Judges that issued unfavorable decisions against the Plaintiff's Constitutional rights and for those of his former employer as well.

14. **The suppression of evidence is a discernible demonstration of JUDICIAL BIAS and JUDCIAL MISCONDUCT by Judge Baldock, Judge Johnson and the Ten Circuit Court of Appeals <u>PANEL</u> OF JUDGES. This conspiracy against the Plaintiff's Constitutional rights violates the RULE OF LAW!!! In fact, there have been THREE operating Conspiracies: 1) Within SSA; 2) by the Federal Judges; and 3) within the NMDOJ. Each one contributing to the violation of the Plaintiff's Constitutional rights.**

15. The Constitutional rights of the INDIVIUAL have to be respected by any Judge reading this lawsuit and give proper significance in viewing and weighing the supporting evidence IN FILE. Those INDIVIDUAL rights are a vital part of a DEMOCRACY which is founded on the foundational principle of - **Of the People, by the People** AND **for the People.**

16. Plaintiff William Fulkerson is a resident of Bernalillo County, New Mexico. He is totally disabled and he receives Disability Benefits from the Social Security Administration (SSA) and Office of Personnel Management (OPM) due to Post Traumatic Stress Disorder (PTSD) related medical issues. This happened because he was subjected to an **Executive** MANAGEMENT maintained hostile work environment for over a decade at the SSA's Albuquerque Teleservice Center (TSC) in Albuquerque, New Mexico. Medical records can confirm that the Plaintiff did not have PTSD before his arrival at the TSC. Medical Expert testimony has been supplied in the Plaintiff's Exhibit number **2020** concerning the proven disability of the Plaintiff - which the Plaintiff alleges was caused by the defendant employing Agency.

17. As a result of that toxic illegal environment, the Plaintiff suffered irreparable damages for the most part; and most devastating – impacting his mental health forever. The Plaintiff calls attention to Plaintiff's Exhibits - **FAM 1** and **FAM 2** from two of his siblings on the state of their relationship with the Plaintiff and his mental health issues. It should also be noted that the Plaintiff's good name, reputation and standing in the community have been annihilated in public view as reflected in the judges decisions issued previously - which are available/viewable over the Internet. **As a federal employee, the Plaintiff is legally entitled to a formal hearing BEFORE his reputation is trashed publically - whether it is done by individuals or by Federal Judges!!!**

18. The Plaintiff also suffered a Traumatic Brain Injury in 2012 that has led to an ongoing impairment in the Plaintiff cognitive abilities – which can be noted and easily observable in his legal writings. This does not need to be pointed out to the Plaintiff- but it is demonstrated in the various rulings issued by federal Judges - including the most recent decision letter from Judge Davenport. The Plaintiff is and has been an overachiever in all respects most of his life **and representing himself to best of his ability is the expectation he sets for himself.** Becoming and performing well in all aspects of a lawyer is hard.

19. The Plaintiff has ATTEMPTED to get a fair hearing on the numerous legal issues presented in the numerous legal documents filed in each of the various cases by the Plaintiff that are now housed in the various legal libraries of the EEOC; with the Office of Special Counsel (OSC); with the Merit

System Protection Board (M.S.P.B.); with the U.S.D.C. and the Tenth Circuit Court of Appeals. The (NEW) instant case is the Plaintiff's ELEVINTH attempt to get a fair hearing that the Plaintiff remains **legally entitled** since he filed his first formal complaint in 2013 with the EEOC! The Plaintiff has been denied "THE OPPORTUNITY TO BE HEARD FULLY" because he did not have the OPPORTUNITY TO CROSS-EXAMINE the Defendant's witnesses and prove that their actions harmed the Plaintiff!!!

20. That legal entitlement is based upon an <u>indisputable fact</u>- the Plaintiff has a Property Interest Right in his federal career - which was prematurely ended by the illegal actions of his former employer, the Social Security Administration. The Plaintiff has been credited with thirty-one years of federal service with the Agency and he would still be working today if he was not disabled. The property interest right should have allowed the Plaintiff the "OPPORTUNITY TO BE HEARD at a meaningful time in a meaningful manner, " as discussed in the Supreme Court case of Mathews v. Eldridge, 424 U.S. 319,333(1976)(quoting Armstrong v. Manzo, 380 U.S. 545, 552(1965)), on his various legal issues in each filed complaint in a hearing. This right means more than the opportunity to just file written Response documents that can hide deception that in-person cross-examination could overcome in a fair hearing where the Plaintiff has the opportunity to challenge testimony and evidence. The Plaintiff was not given that fundamental opportunity on his legal issues repeatedly. This is an <u>indisputable fact</u>.

21. The highlighted words in Number 11 are done to point out that the Plaintiff is putting forth a legal right as the basis of this lawsuit – not a criminal statute. The Plaintiff also has a Liberty Interest right as well that needs to be considered in the equation.

22. In *Snipes v. Scott,* No. 4:18-CV-580 MW/CAS (January, 2019), Judge Walker discusses the property interest rights of a state government employee that filed that particular due process case. Even though the legal issues were moot before the actual ruling was issued by the judge, Judge Walker allowed the case to move forward to a formal hearing because of the employee's property interest right. For the record - the Plaintiff has never waived his legal property interest right in any way, shape or form in the past or presently.

23. The federal Judges have not spoken to those two indisputable facts (there are more indisputable facts discussed throughout this document) in any of their written decision documents on the Plaintiff's complaints that were before them. In fact, their legal decisions <u>ignore</u> that reality altogether and provide no discussion of the Plaintiff's property Interest right within their documents. Their summary judgements, dismissals, and denials deprive the Plaintiff of his Constitutional right to due process.  The Plaintiff was deprived of the opportunity to be heard and being able to present his entire case – specifically with respect to the cross-examination and challenge the favorable and unfavorable witness's statements contained in their Affidavits/Depositions; or to challenge the evidence submitted by the Agency regarding the allegations presented by the Plaintiff. So far, a fair hearing has not been given to the Plaintiff; Justice has not been served nor has it prevailed. It is apparent that the judges are okay with the

violations of the Plaintiff's Constitutional rights - their decisions reflect it. This is an <u>indisputable fact</u>!

24. **Creditability issues are best left to a jury to decide. I can't remember where I read this statement, but it is true and case law states it. The FORMER EMPLOYER, THE JUDGES, THE NMDOJ, et al. deprived the Plaintiff – they ROBBED him of his Constitutional right to due process!!! Put it in writing, please.**

25. The deprivation of the Plaintiff's Constitutional right to due process starts with Judge Bobby Baldock in 2018. He presided over the Plaintiff's EEO complaints in the U.S.D.C. case number 16-CV-889-BRB-KBM. A copy of that decision document is Plaintiff's Exhibit **ZERO**. Judge Baldock ignored the Tenth Circuit Court of Appeals decision in *Romero v. Union Pacific Railroad*, 615 F. 3d 1303 (10th Cir.1980) concerning <u>the prohibition of issuing summary judgement decisions on cases involving RETALIATION.</u> The rationale behind that 1980 decision is based upon witness creditability issues. There are more Tenth Circuit decisions on this issue within the *Romero* case that speak directly to the issue in *Madison v. Desert Livestock Co.*, 574 F. 2d (10th Cir. 1978); *National Aviation Underwriters, Inc. v. Altus Flying Service, Inc.*, 555 F. 2d 778(10th Cir. 1977); and *Little Redhouse v. Quality Ford Sales, Inc.*, 511 F. 2d 230 (10th Cir. 1975). There are too many cases to say that Judge Baldock did his job correctly. Judge Baldock overlooked the vast amount of case law that stated that he should not issue a summary judgement decision. He looked willfully past the Rule of Law on the matters before him! The Supreme Court case of Adickes v. S.H. Kress Co., 398 U.S. 144 (1970) stated that the issuance of a summary Judgement decision cannot be issued in a case where there is a genuine issue at hand. The **evidence in the case file shows there were genuine legal issues at hand each and every time.**

The end result to be put forth - they suppressed evidence and did not consider that Agency witnesses could or would lie about the issues presented to them in the Plaintiff's complaint. They intentionally failed to give the Plaintiff due process. Baldock had Thirty-four years on the bench.

Judge Baldock <u>literally</u> slanted witnesses' statements presented in their Affidavits to fit the judge's **bias narrative** concerning the Plaintiff. Judge Baldock failed to consider favorable supporting evidence from other witness Affidavits, Agency Investigation Conclusions and other evidence that were in the case files at the time. Specifically, the judge ignored the somewhat faulty EEO and SSA Regional Office Internal investigation Conclusions that supported the numerous allegations put forth by the Plaintiff on the EEO complaint issues. Judge Baldock's attempt to satisfy the three prong analysis set forth in *McDonnel Douglas Corp. v. Green*, 411 U.S. 792 is a - LET THE PLAINTIFF BE CLEAR - A JOKE!!! His bias is demonstrated REPEATEDLY many times over! Judge Johnson could not come to any other conclusion - except by choice.

Judge Baldock intentionally and deliberately attempted to circumvent Rule 56 (c), U.S.C.A., which states that the issuance of a summary judgement cannot be issued on a case where there

is a GENUINE issue to a material fact. Judge Baldock, by his actions - <u>in twenty-nine pages</u>, resorts to illegal means in his attempt to try and show that there was NO GENUINE issue. Ignoring evidence in file that shows there was a genuine issue to a material fact – many of them!!! Intentionally, deliberately and willfully actions taken by the judge. <u>Indisputable fact</u>.

26. It should be noted that the Agency Internal investigation was conducted by another career Agency employee who watered down his findings on the legal issues he investigated and reported on. He could not completely dispose of the EEO issues investigated as discussed in that document. The EEO Investigator, who was <u>paid for by the Agency</u>, likewise failed to conduct a legitimate investigation (UNRESOLVED WITNESS TAMPERING ISSUE) and her report was watered down as well. The answers given by the witnesses to the questions asked by both Investigators should have **REQUIRED FURTHER QUESTIONS TO BE ASKED** - but those new questions were <u>never</u> asked because the Agency did not want to address the true answers to those other illuminating unasked questions and they did not want any of this ugly matter becoming public in a hearing.

27. Ms. Patricia Brown's Affidavit (Exhibit 2020) contains some hand-written additions to the document that should have required the investigator to re-contact Ms. Brown and to ask her additional questions regarding **WITNESS TAMPERING**. SSA Management went all out to cover up its illegal actions against the Plaintiff.

28. For the record, the Plaintiff conducted numerous formal investigations throughout his career with the Agency. These two Agency driven investigations are sub-standard/incomplete to put it mildly. A fair hearing would have <u>exposed SSA's efforts to RETALIATE AGAINST the Plaintiff</u> for his whistle-blowing activities.

29. The Exhibits submitted with the Constructive Discharge, Retaliation and Civil Rights Violation case filed in November 2020 are actually from the original case files of the 2018 U.S.D.C. Case which are now the Plaintiff's Exhibit **Zero** in the instant case. The 2020 Due Process case file exhibits are now the Plaintiff's Exhibit **2020** in the instant case. Judge Baldock intentionally, deliberately and willfully ignored written evidence contained within the 2018 case files; ignored case law concerning the prohibition of "summary judgement decisions" on cases where retaliation issues at issue as discussed in the *Romero v. Union Pacific Railroad* case; failed to allow the Plaintiff to present his case and evidence; and the judge also made false statements about the Plaintiff's creditability to hide his bias (on page seven - for example) in his 2018 decision document.

The Plaintiff was not given the opportunity to be heard fully in many ways. Judge Baldock intentionally, deliberately and willfully failed to consider available AND OVERWHELMING evidence in file (exhibit 2020 AND MORE) <u>in the light most favorable to the party opposing the summary judgement motion</u> - the Plaintiff. The Plaintiff cannot explain why **the judge is biased**

**against him**, but there can be no denying the judge's actions are over the line and cumulatively speaking, those actions demonstrate bias. **Repeating, Judge Balbock suppressed evidence contained in the case file!!!**

"To succeed on a claim of judicial bias, the Petitioner must demonstrate either that the trial judge was actually bias against him or that 'circumstances were such that **an appearance of bias created a conclusive presumption of actual bias.**'" Tafoya v. Tansy, 9 F. App'x 862, at 873 (10th Cir. 2001) (quoting Fero v. Kerby 39 F 3d. 1462, 1478 (10th Cir. 1994). Again, there was no discussion or consideration given to the supporting favorable evidence in the form of the witness Affidavits, depositions, defective investigations or the other documents contained in the Agency's Internal Investigation or its conclusions that were in the 2018 case files LITERALLY in front of Judge Baldock eyes. In fact, Judge Baldock **expressly** stated that there was a <u>lack of evidence</u> to support the Plaintiffs' claims in his decision document. **There is no discussion of the Plaintiff's Property interest right whatsoever in his decision letter.** He needs to be held accountable for his illegal actions that violate the law, as well as those others who also violate the law by their own actions against the Plaintiff's Constitutional rights.

All the while, Judge Baldock suppressed what is contained within the case files that showed the existence and an ongoing continuation of the Hostile Work Environment that the Plaintiff complained of in that specific lawsuit. Each piece of that evidence speaks for itself! The Agency's Internal Investigation and the EEO Investigation evidence and the conclusions contained in those reports fully supported the Plaintiff' EEO allegations against his employer - which was also, ignored Judge Baldock in his decision. The Judge violated 18 U.S.C. subsection 242 – **Deprivation of Rights under the color of Law** by his bias actions.

The Plaintiff believes that Judge Johnson became aware of the TRUE facts when he examined the evidence submitted in the 2020 Due Process Case that was before him and he likewise suppressed the evidence that was before him. The Plaintiff discussed that 2018 case file evidence on page two of his filed 2020 Initial Complaint document. Judge Johnson ignores that same evidence completely in making a decision on the due process violation issue. He intentionally, deliberately and willfully in turn, ignores and suppresses that evidence and facts discussed in those documents. Judge Johnson wrote the following sentence in the last paragraph of his decision - "While **he may not have been afforded a <u>hearing in person</u>**, Plaintiff has not shown that he did not have a "full and fair opportunity to litigate his claims in *Fulkerson1.*" A reading of the Complaint document that was before the Judge Johnson does not support his expressed statement. Judge Johnson ignored the *Lawlor v. National Screen Service Corp.*, 349 U.S. 322 cases that state that there are **two exceptions (the Continuing Violation Doctrine issues, and a new Claim - the due process violation issue)** to issuing a "Res judicata decision." The Plaintiff did put forth both of those exceptions in his filed documents: the "Plaintiff's Response to the Show Cause Order and the Amended Complaint" document that Judge Johnson ignored intentionally. These exceptions are also discussed in the filed Opening Statement document in the Tenth Circuit Appeal case 21-2006 filed by the Plaintiff.

FOR THE RECORD - The Plaintiff has not ever been given the opportunity to cross-examine or challenge : 1) the writers of the submitted Agency evidentiary documents; 2) the Agency's witnesses who submitted Affidavits that are contained in the case files; 3) the statements contained in the depositions of senior Agency Management;  4) the Plaintiff had not been allowed to present the SSA Regional Office Internal Investigation favorable evidentiary documents and Conclusions; or 5) the Affidavits of employees who witnessed the Plaintiff being subjected to the Hostile Work Environment contained in the case files that the Judge had in the case files. Without being able to cross-examine or to challenge the witnesses and evidence, the Plaintiff did not have the opportunity to be heard that is required under legal due process procedures.

The Tenth Circuit Court of Appeals panel of Judges, in turn, looked the other way on the whole matter as well. This is why the Plaintiff filed the Judicial Misconduct complaint – THIS IS A CONSPIRACY TO DEPRIVE THE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS by the judges involved!!!  And, as discussed below, the NMDOJ has become a willing participant in this conspiracy. All of these Actors violated 18 U.S.C. subsection 241 **– Conspiracy Against Rights** by their own individual actions.

It is crystal clear that the Plaintiff has alleged the violation of federal and state Felony criminal statutes have been committed by federal, and now, state Actors in his previous complaints. The Plaintiff uses the term "Actor" for a reason. When a person holds a position of authority and they commit a crime, they lose all immunity and benefits under law associated with the position they hold. **They become an actor**. ALL federal employees have a legal duty to act upon allegations of wrongdoing by other government Actors presented to them under various federal regulations that apply to all federal employees regardless of the Agency or entity involved. The Judges have failed to take appropriate actions on the reported multitude of criminal violations of Law. Indisputable fact**!!!**

30. Judge Baldock's **bias** against the Plaintiff is demonstrated in his words and phrasing of statements contained in that decision document and his outright ignorance (thirty-four years on the bench) of the Retaliation prohibition ruling in Summary Judgement determinations made by the Tenth Circuit Court of Appeals in the *Romero v. Union Pacific Railroad* Case cited in this document above. The Judge used some form of the word "retaliate" well over thirty times in his decision document. The Plaintiff also believes that the *Romero* case may discuss the other forms of legal technicalities that are prohibited regarding the various complaints filed by the Plaintiff.

31. There is way too much evidence that Judge Baldock intentionally ignored which can be summed up as a demonstration of **bias** on his part. The Plaintiff has "highlighted" numerous aspects of that case page by page that deserve complete understanding on the legal issues discussed in the document. All the Trier of Facts has to do is to scratch the surface and it all comes **gushing** out.

32. Exhibit One of the evidence submitted in the November 2020 due process case goes against Judge Baldock's statements contained in the footnotes on page seven of the 2018 document. That document shows that the Plaintiff was formally diagnosed with Post Traumatic Stress Disorder (PTSD) in January 2012 – not 2013 as Judge Baldock had accused the Plaintiff of lying about. Judge Baldock ASSASINATED the Plaintiff's creditability in that 2018 decision document to overshadow his bias and to justify his violation of the Plaintiff's Constitutional rights. Judge Baldock's failures denied the Plaintiff's right to a jury trial under the Seventh amendment of the United States (U.S.) Constitution. Judge Baldock had been an appeals judge for over thirty one years in 2016.

33. At best, Judge Baldock has only taken on new cases from the District Court when there was an overload of cases in the District Courts. The Judge's failure to recognize and address the Plaintiff's property interest right; his failure to recognize evidence in file; ignoring case law; and thus, the plaintiff's legal entitlement to a fair hearing where he had the "opportunity to be heard" has never happened.  The Judge slanted the statements of the witnesses' Affidavits to fit his narrative concerning the Plaintiff and the Plaintiff's creditability. This fact can only be proven by cross-examination of witnesses and scrutinizing the evidence IN A FAIR HEARING. That decision document defamed the plaintiff in many different ways.

34. It is also worth noting that the Plaintiff continues to seek attorney representation but no one is willing to step up to the task. The Plaintiff has MANY non-acceptance letters from various attorneys that he contacted previously - he can produce them if needed.  The Plaintiff knows that it is not a lack of available resources for the Plaintiff to fund that representation. The Plaintiff also understands that he has been and continues to be legally entitled to a fair hearing - which he has not gotten to date. If he ever gets a hearing - the Agency will be toast for its PROVABLE ongoing hostile work environment that caused the Plaintiff to become mentally disabled as well as intentionally violating the Plaintiff's Constitutional rights and preventing the Plaintiff from getting Justice.

35. When a federal Actor states that the Plaintiff's arguments are not "WELL TAKEN" - the Plaintiff would like to point out to any Actor that the violation of his Constitutional rights are not "WELL TAKEN" and that is why he CONTINUES TO FILE NEW lawsuits. And furthermore, he is resolved in filing as many other lawsuits as it takes until his rights are respected and adhered to as required by the law. A second issue that same federal Actor stated in her decision concerns her observation that she could not see any JUDICIAL BIAS based upon her review of the case documents.  The Plaintiff believes that she did not look very hard to make that conclusion.

36. A reading of Exhibit **Zero** (contained in this lawsuit with highlights) makes that assessment inaccurate and troubling to the Plaintiff. It should be noted that ALL of the previous Triers of Fact did not address this reality in their own decisions either – especially Judge William Johnson.

37. Judge Johnson also <u>violated the Plaintiff's federal Appeal rights</u> regarding the M.S.P.B. decision that was the catalyst for bringing the filing of the November 2020 Case in District Court. Judge Johnson's own many failures – some of which have been addressed in this document are criminal. He recognized that Judge Baldock had violated the Plaintiff's Constitutional rights and he tried to protect Judge Baldock himself. He joined in the conspiracy at this point.

38. The Plaintiff also intends to retain and provide testimony from a Language Expert witness on this very issue at hearing. The Plaintiff alleges that the decision documents themselves show bias and the expert will speak to that allegation in their testimony. The decision documents themselves do not discuss the Plaintiff's property Interest rights in any form. The Plaintiff will also subpoena the federal judges involved in this lawsuit as witnesses and cross-examine them on their crimes.

39. The Plaintiff understands and alleges that the Social Security Administration would **bribe** whoever it needed to so that it could to keep the Plaintiff's case out of Court. He was a member of management for over half of his federal career. He use to know where all the bodies were buried -that is the knowledge of illegal activities and violations of law that the Agency covered up. Now he only remembers one – her name was *Serena Lee*, a transgender woman who committed suicide due to the hostile work environment she was subjected to at the TSC. The Plaintiff **cried** when he learned of her death!!! *It would not have happened if the Plaintiff had gotten a TIMELY fair hearing that he was legally entitled to.*

40. The blood of that innocent woman is on the hands of Judge Baldock and those who continue to choose to ignore their own duty whether they accept it or not!!! **May the Lord have mercy on their souls!!!** There were/are many employees that have been damaged and harmed by that environment and SSA Executive management have been well aware of it for decades now. A legitimate investigation would be able to prove this fact.

41. The Agency has been very successful thus far – the court case records reflect that overriding conclusion – no fair hearing to date!!! This is the Plaintiff's **eleventh** attempt to get a fair hearing on the legal issues he presents below. The Plaintiff can and will prove his case to a jury. A reading of his various lawsuit documents reveal that he did not put forth a "WORD SALAD" in any of the documents he has filed in court that the Decision-makers could miss the theme of. Yet, here we are today.

42. The 2018 U.S.D.C. decision is **suspect** because that Federal Actor issued a Summary Judgement decision on a case where "RETALIATION" claims were put forth by the Plaintiff. This goes against the Ten Circuit Court of Appeals own PRECEDENT setting decision in *Romero v. Union Pacific Railroad* case. In this decision, the Court held that Witness creditability issues **preclude** the issuance of a Summary Judgement decision. Yet, Judge Baldock spouts out a ton of case law as if he was the Defendant's Counsel – AND all the while, he is totally ignorant and silent on the issues addressed in the *Romero* case. The Plaintiff does not believe that this happened by

circumstances outside the control of Judge Baldock and the Judge's legal reasoning should be scrutinized for an understanding of his own legal position taken in past rulings. There is no other legitimate legal way of seeing this fact in objectively.

43. Yes, Judge Baldock intentionally and deliberately chose to ignore the Retaliation issues outright and case Law that was right in front of his face. MAKE NO MISTAKE ON THAT ISSUE!!! Again, in his decision document, Judge Baldock reiterates an iteration of the word "RETALIATE or RETALIATION' **over thirty times** in that document. This is an indisputable fact. Judge Baldock is NOT omnipotent and his "**TAKE**" on the Affidavit statements put forth by the witnesses is slanted, inaccurate and untrue. Yet, without a fair hearing where the Plaintiff is given a REAL opportunity to be heard, Judge Baldock's intentional failures float, numerous federal and state Laws and Felony statutes broken, Constitutional rights violated, and the Rule of Law is stomped on and intentionally broken! **UNACCEPTABLE**! No person, be he a judge or not, should be allowed to get away with these crimes.

44. He and the Tenth circuit Court have ignored a number of its own "precedent" cases (as discussed above) regarding various legal issues raised in the Plaintiff's previous cases in their rulings on the Plaintiffs' case. These issues were discussed in the Judicial Misconduct complaint's "Statement of Facts" document filed by the Plaintiff in December 2021. A copy of the acceptance letter from the Tenth Circuit's Director's Office with highlighted notes is contained Plaintiff's Exhibit **2**. The Plaintiff highlighted most of the entire Misconduct document. The Plaintiff is monitoring how this legal matter resolves closely. The Plaintiff has expectations the issue should be be dealt with to conclusion in this mix. Over two years and no decision to date - the Plaintiff thinks that SHOULD invite scrutiny to say the least. We are talking about the violation of Constitutional rights over an extended period of time. The Plaintiff raises a concern that the Chief Judge of the Tenth Circuit Court of Appeals is delaying the findings of the misconduct complaint based upon what has been discussed above. The Plaintiff has received a Dismissal from the Ten Circuit Court of Appeals on his complaint.

The Plaintiff contends that the failure to transfer Jurisdiction to the Court of Appeals for the Federal Sector that is discussed in the" Statement of Facts" document is VERY suspect and it should be scrutinized by this Court on this issue. THE Jurisdictional question should have been dealt with when the case was filed with the Tenth Circuit as well. Keeping jurisdiction PREVENTED the exposure of the wrongdoing that had occurred previously.

45. Judge Baldock had no personal knowledge of the Plaintiff to make a creditability determination on his own. He relied upon the WRITTEN AFFIDAVITS/EVIDENCE of the Agency's witnesses and documents **WITHOUT** the Plaintiff having the opportunity to cross examine the Agency witnesses' statements made in their Affidavits; or to challenge their testimony; **or** to challenge any other evidence submitted by the Agency in a fair hearing to which the Plaintiff remains LEGALLY ENTITLED TO. This was intentional!!! Repeating - the first Exhibit in the November 2020 Constructive Discharge, Retaliation and Civil Rights Violation case files shows that the federal

Actor fatally assassinated the Plaintiff's creditability unjustly back in that 2018 decision and violated the Plaintiff's Liberty interest right concerning his good name, his reputation and his standing in the SSA community specifically. A fair hearing would have prevented this complete failure perpetrated by the Actor involved.

46. _The Agency was well aware of the Plaintiff's property interest right_ because this case is not the first time the Agency has attempted to deprive its workforce as well as the American Public they serve in other cases of their Constitutional rights and they have been busted for it by the Courts routinely. The Supreme Court rebuked the Agency in its decision in the _Goldberg V. Kelley 397 U.S. 254_ (1970) case for its violation of the SSI populations' due process rights concerning the receipt of government funds to which they were legally entitled to. Another aspect the Goldberg-Kelly decision is the Supreme Court's stated stance on the issue of cross-examination of witnesses and Agency's actions which has been ignored by the Actors involved in the overall conspiracy case where the Plaintiff is concerned.  A copy of that decision can be supplied to this Court if needed. Yet, Judge Johnson stated in his decision that the Plaintiff had the opportunity to be heard without an actual hearing – knowing that a Retaliation claim had been raised and ignored by Judge Baldock in Baldock's BIASED decision.

47. **ON POINT** – SSA got beat In the Goldberg-Kelly case in what year?  **1970,** Your Honor!!! So, in 2013, when the Plaintiff requested a hearing (**for the first time)** that he WAS LEGALLY ENTITED TO BECAUSE OF HIS PROPERTY INTEREST RIGHT, it is an indisputable fact that he has **not** gotten one to date. WHO IS RESPONSIBLE FOR THIS HAPPENING? The answer leads to another indisputable fact – it is NOT the Plaintiff who has been or is violating his own Constitutional rights!!!

The reality of the Goldberg-Kelly case on SSA was that the Agency has to give SSI recipients' formal hearings before taking away the money they are entitled to. Now, looking at the Plaintiff's case on that very issue - the SAME Agency has orchestrated a conspiracy so that it does not have to give an employee of the SAME Agency the SAME legal rights as ALL SSI Recipients have – that is a formal fair hearing. This "**NEW**" claim was put forth in the Plaintiff's Amended Complaint in the 2020 Due Process Violation case that Judge Johnson ignored. The judge stated as much in his decision -that the Plaintiff had "had the opportunity to present his case in writing" and that was enough. **This is unacceptable**!!! .

The recent overturning of the "Chevron Deference " case by  the Supreme Court calls into question the actions and motives of the Agency on its legal liability and treatment of the Plaintiff's complaints. The Plaintiff asks this Court to keep this in mind as it resolves the legal issues contained within this lawsuit.

**NOTE: The "new" claim is one of the two exceptions that should have prevented the issuance of a "RES JUDICATA" decision by Judge Johnson. A review the Supreme Court decision in the**

**Lawlor v. National Screen Service Corp.** case discusses the two exceptions as preventative measures to ensure the ends of Justice are not thwarted.

48. The Plaintiff is expecting the Trier of Facts assigned to the instant case to understand that the Plaintiff understands his legal rights enough to bring this case to life in front of a jury - and that it is provable in a Court of Law. The Plaintiff asserts that judges sitting on the bench in the decades since the 1950's and the 1970's should know their stuff – RIGHT? This case illustrates a breakdown in the Judiciary process that has previously set our legal system above others around the world. This case also stains the American Public's perception of what our legal system accepts as appropriate way of dealing with legal issues – THE RULE OF LAW!

In the Conspiracy case (which includes the NMDOJ),  past Judges have exceeded and  abused their official authority; and they are bias by their actions in making their ruling against the Plaintiff's multitude of legitimate legal complaints without giving him a fair hearing. **They ignore legal precedents, federal and state felony criminal statutes - left and right. They ignore case Law! And most sadly, they ignore - or maybe even reject the Supreme Court and its Supremacy - and that they are actually thumbing their noses at the Court itself! Their actions and decisions do not reflect the Rule of law.** There is no sugar coating this reality can be presented if the Plaintiff gets the fair hearing that he is entitled to. If the NMDOJ had investigated the criminal allegations it received from the Plaintiff, the conspiracy discussed above would have surfaced then. As it is, the Defendants at the NMDOJ did not uphold or defend the Plaintiff's Constitutional rights at the Federal level OR his Constitutional rights under State law. INSTEAD, they attempt to hide their illegal NONFEASANCE actions behind the eleventh Amendment prosecutorial discretion prohibition. Prosecution is only one way they could have dealt with the issues – there were/are other options – FOR SURE!!!

49. The Plaintiff has requested that Opposing Counsel agree to the admission of the ALL Case files into the record that will be established hereafter based upon this lawsuit. They are well over fifty pages each, but they are necessary and essential pieces of evidence central to the Conspiracy claims being presented in this document. Opposing Counsel continues to be uncooperative with the Plaintiff and continues to fail in addressing legal issues that requires cooperation from the beginning to date in numerous the emails the Plaintiff sent the Defendant Deakyne over the course of time. The Plaintiff, therefore, makes a motion that the 2018 case files, the U.S.D.C. November 2020 case files and the entire collection of the Tenth Circuit case files is admitted into evidence in the instant case by this Court.

## THE INSTANT CASE

50. Federal and State Civil and Criminal law violations concerning the Plaintiff Constitutional rights occurred within the state of New Mexico by multiple federal Actors, and now, state Actors. These federal and state Actors violated provisions of Title VII of the Civils Rights Act of 1964, 42

U.S.C. subsection 2000 et seq. The instant case concerns the violations of law by the New Mexico Department of Justice (NMDOJ), which was formerly known as the New Mexico Office of the Attorney General (NMOAG.) The NMDOJ violated the Plaintiff's Constitutional rights under Article Two, Subsection 18 of the New Mexico Constitution regarding the due process clause and the Equal protection under the law clause - as well as the violation of the Fifth Amendments' Due Process, Equal Protection, and the Eminent Domain Clauses, and the violation of the Seventh Amendment of the United States (U.S.) Constitution by other conspiracy participants. These are <u>multiple indisputable facts</u>. This Court is the proper Court with Jurisdiction to decide the numerous federal questions.

51. The NMDOJ is an active conspiracy participant that continues to violate the Constitutional rights of the Plaintiff flagrantly, deliberately, intentionally and willfully. Much of the discussion below is an interweaving of all the conspiracy actors (SSA, Federal Judges, the NMDOJ, and their Legal Representatives) actions involved in the Conspiracy. The Plaintiff believes this is the best way to show it going down cumulatively speaking. As noted in the Plaintiff's November 2022 complaint document against the NMDOJ for its' violation of 18 U.S.C. 4, **the Plaintiff has been treated sub-human by the NMDOJ staff** as it repeatedly failed to respond to the Plaintiff's multiple voice messages concerning these matters from day one. The NMDOJ prosecuted a guy for shooting dog with a pellet gun earlier in 2022, BUT, <u>the NMDOJ has refused to date</u> to uphold and defend the Plaintiff's Constitutional rights in any responsible and legal way.

52. The NMDOJ removed the completed Initial Complaint form that was filed by the Plaintiff on its computer system in July 2022 and then denied that the complaint was filed at all. A review of the Cover letter sent by the Plaintiff in August discusses this destruction of evidence on the legal matters before this Court now. It is a violation of 18 U.S.C. Subsection 1519. The other documents submitted at that time show the violation of the Plaintiff's Constitutional right to due process. Defendants Deakyne and Gavaldon have participated in the over-riding binding conspiracy discussed in this document. They are agents of the NMDOJ in all respects and have the knowledge of the Law and the facts of this case.

53. The Plaintiff takes **ISSUE** with the language, wording and tone of the federal Actors who issued the previous decisions on his legal matters. THIS HAS COLORED THE PERCEPTION OF THE PLAINTIFF IN MANY NEGATIVE WAYS. The Plaintiff can demonstrate his character, honesty and integrity – in other words – HIS CREDITABILITY when he is given the chance to do so in a FAIR Hearing! **He is insulted and defamed** in many ways by what they put forth in their documents that assassinates his good name, his reputation and standing in the community.

**THIS VIOLATES THE PLAINTIFF'S LIBERTY INTEREST**. The Plaintiff continues to raise a claim on the violation of this Liberty interest right to this Court. The 2018 U.S.D.C. Decision letter, the 2020 M.S.P.B. decision letter and the 2021Tenth Circuit Decision letters are pointed to in support of the allegation. These federal Actors all relied upon written statements and written evidence – nothing else. **There was a suppression of evidence that was contained in the case**

files. **UNACCEPTABLE!** Someone is responsible for making the false statements put forth by the judges about the Plaintiff. It has to be either the Defendants and/or the Judges - the Plaintiff did not and he does not surrender his Constitutional rights at any point in time.

54. The documents previously submitted by the Plaintiff *are not word salads* – nor is this one! A jury will agree with that in time when they are able to read the various documents discussed and presented to them in this lawsuit. The Actors have been intentionally chopped up the Plaintiff's documents' statements in order to cast doubts and vilify the Plaintiff, his creditability and the legal issues he has presents in those documents. **Defendants Deakyne and Gabaldon are responsible for the filing of all motions on the previous lawsuits filed by the Plaintiff.** Their knowledge of the ongoing crimes by the other defendants, and then, participating themselves in the conspiracy violating the Plaintiff's Constitutional right to due process cannot be denied.

55. The Eleventh Amendment argument is a dodge, a muddy the water issue at best. Prosecuting the criminal Legal Professionals is **ONLY <u>ONE WAY</u> TO UPHOLD AND DEFEND THE PLAITIFF'S CONSTITUTIONAL RIGHTS. There are other ways they could have preceded LEGALLY.** Based upon the Continuing Violation Doctrine - which is applicable to claims of an **ONGOING** Hostile Work environment, legal relief <u>is required</u> to END THE VIOLATION. That has not happened to date. The relief being asked for by the Plaintiff in this lawsuit is **PROSPECTIVE** in nature. See *Ex Parte Young, 209 U.S. 123, 28 S. Ct. 441, 52 L. Ed. 714 (1908).*

56. The Plaintiff states that he is a federal Crime Victim as discussed in 18 U.S.C. Subsection 3771. MULTIPLE violations are discussed below. This is an <u>indisputable fact</u>. The Plaintiff filed a complaint against the NMDOJ on this issue in April 2023. The complaint Number is NMOAG-ECS-202304428-a9da. A copy of that complaint is Plaintiff's Exhibit Number **1**. This is an <u>indisputable fact</u>. The NMDOJ has intentionally ignored its legal responsibilities and duties under that statute and it continues to disrespect the Plaintiffs rights specified in the statute. He also reported the crimes to the FBI on July 19, 2022; and again on June 28, 2024. To date, there has been no action taken on this matter by the FBI to the best of the Plaintiff's knowledge. He also filed two complaints with the FBI. They turned him down both times. The Plaintiff has filed six complaints with the U.S.D.O.J. and they have not done anything whatsoever.

57. For the record- the Plaintiff contacted the following federal Agencies or Entities trying to get help on these legal issues: <u>starting</u> with the Office of Special Counsel (OSC); the M.S.P.B.; the DOJ; the Office of the Inspector General (OIG); the FBI; and now a state Agency - the NMDOJ. Not one of them was willing to help! PATHETIC! This is <u>indisputable fact</u>**.**

58. Both federal and state Constitutional rights and felony criminal statutes have been violated by the NMDOJ that will be explained below.  The starting date of the NMDOJ violations began when it issued a "Denial of Service" letter in September 2022 and is continuing to date. This is an <u>indisputable fact</u>. By its actions and conduct, the NMDOJ has participated in an illegal conspiracy with other conspiracy participants to deprive the Plaintiff of his Constitutional rights.

This is a violation of 18 U.S.C. Subsection 241 - **Conspiracy against Rights**. They are part of the ongoing conspiracy.

59. To qualify and be named a participant in a conspiracy, the party has to _commit an act that FURTHERS the actual conspiracy_ - even though that particular party may not have directly committed the actual crimes. This is the case for the NMDOJ in the instant case. **The NMDOJ can be best described as** "**the patsy**" who is willing to take the fall for the bad guys including the main perpetrators that have masterminded the conspiracy - The Social Security Administration, his former employer. The NMDOJ failed to cooperate with the plaintiff in all respects from the start. Plaintiff left many voice messages without receiving any response from the NMDOJ. The same can be said with Defendants Deakyne and Gabaldon. The NMDOJ has/is attempting to shield federal Actors from accountability for the crimes they committed under the color of Law and **the NMDOJ makes itself a criminal** by doing so. This is an indisputable fact.

60. Jurisdiction and Venue are proper for this Court.  This Complaint is filed timely. The instant case is based upon the three complaints filed against the NMDOJ itself. The first complaint filed by the Plaintiff was in November 2022 concerning the violation 0f 18 U.S.C. Subsection 4 – Misprision of a Felony by the NMDOJ. The complaint number is NMOAG-ECS-20221112-2d4c. A copy of this document is Plaintiff's Exhibit Number **3**. This is indisputable fact.  This is a multiple count indictment complaint as there has been the violation of multiple federal and state felonies committed over the course of the overall conspiracy that have gone on unreported to appropriate LEGAL AUTHORITES. To date the Plaintiff has not received any communications on the actions taken or the results of these complaints against the NMDOJ from the NMDOJ.

61. The Second complaint occurred in April 2023 and it has been addressed above. The third complaint was filed against the NMDOJ in September 2023. The Plaintiff attempted to file this complaint on-line, but the NMDOJ computer system would not accept the submission of this complaint. Therefore, on September 25, 2023, the Plaintiff called the NMOAG and spoke to a representative named Maria. The Plaintiff and the representative reviewed the on-line complaint and she could not see why it was not accepted and that she would make the matter known to others. Phone records can confirm the call occurred and the duration of the call as well. This is an indisputable fact.

62. As stated previously, the Plaintiff has a legal "Property interest right "in his federal career and the rights, privileges and immunities of that property interest right were violated and/or deprived by the federal actors previously, and by the state actors involved in the instant case. The federal actors issued "final decisions" in the various legal complaints filed by the Plaintiff without first addressing the Plaintiff's property interest right.  **This violates the Rule of Law!** This is an indisputable fact. Technical Dismissals, Denials and Summary Judgements are, in fact, final decisions in themselves and these decisions were being requested by previous Opposing Counsels. Even though they know that they were doing and it must be emphasized that they were okay with it - violating the Plaintiff's Constitutional rights each and every time.

63. The Plaintiff challenges the use of judicial process procedures that ultimately result in the violations of Constitutional rights of American citizens including himself, and thusly, **violating the Rule of Law**. When do Constitutional rights take a back seat to legal technicalities that usurp the rights in question? Perhaps the Trier of Facts in the instant case can shed light on this issue to the Plaintiff.

64. The Plaintiff raises the legal question concerning which is more necessary in a Democracy - a Constitutional right being adhered to or Prosecutorial discretion when crimes against those rights are violated and ignored.  The Plaintiff looks forward to finding out that answer from this Court. **Again, the Plaintiff makes the point that the NMDOJ could have advocated with federal law enforcement entities about the violation of the Plaintiffs' Constitutional rights, but did not do so.** This is an <u>indisputable fact</u>. By not taking any official legal action whatsoever – (nonfeasance), the NMDOJ demonstrates its active participation in the overall conspiracy.

65. The Supreme Court stated in its decision in *Board of Regents of State Colleges v. Roth*, 408 U.S. 564 (1972) (words to the effect) that if a person has a "property " interest , a hearing concerning that specific "property" interest right is <u>a legal prerequisite</u>.  The actions and conduct of the NMDOJ ignores the commission of federal and state felony crimes and its duty – its obligations under law to uphold and defend the Plaintiff's Constitutional rights. It is a fact that the Plaintiff's FEDERAL Constitutional rights have been stomped on and violated repeatedly for over a decade! Now the Plaintiff's Constitutional rights under state law are being stomped on and violated as well!!!  And, we are headed towards two years on the instant case. This is <u>indisputable fact</u>**.**

66. Repeating again, in the decision on the Snipes V. Scott case, Chief Judge Walker pointedly addressed the due process rights of a government employee – even though the legal issue was likely to be moot by the time the decision was issued - which it was. That did not matter to the judge, Judge Walker respected all aspects of Ms. Snipes' property interest right to due process and he addressed them correctly and legally. The Plaintiff loved Judge Walker's "Initial decision" document for its strongly worded language. The Plaintiff feels that it "fit like a glove" to his own legal situation<u>.</u>

    **Judge Walker stated that a due process claims ask two questions: 1) does the Plaintiff have a property interest right? If yes, the second question is "did the Plaintiff receive the appropriate level of process? If "no" is the answer to the second question - the Plaintiff's Constitutional right were violated as stated by Judge Walker in that initial decision.** This is the case for the Plaintiff in this lawsuit. He did not receive the appropriate level of process and the record reflects that.

67. That REQUIRED hearing did not happen previously for the Plaintiff and it has never occurred to date - which makes it a continuing violation of the Plaintiff's Constitutional rights to this very day. This is an <u>indisputable fact</u>. And therefore, all violations are subject to the Continuing

Violation Doctrine. Since April 2018, the Plaintiff has raised his Constitutional Due Process/property interest right violation issue in all of his initial Court filed documents on each of his complaints. The libraries that house the EEOC, the MSPB and the U.S.D.C. Decisions maintain the filed documents that any Judge has the ability to view the filed documents they may choose to question.

68. In the Plaintiff's Opening Statement to the Tenth Circuit Court of Appeals case Number 21-2001, Fulkerson v. Andrew Saul, Commissioner, and SSA. The Plaintiff addressed the "ENDS OF JUSTICE" issue that has been ignored by the many Actors involved in these legal matters. This is indisputable fact number. A copy of that document is Plaintiff's Exhibit number **4**. Judge Johnson's decision and the Tenth Circuit panel of Judges that wrote the decision and ultimately the entire pool of Tenth Circuit Judges don't care what the Supreme Court has ruled repeatedly where federal employees are concerned. They have stated as much in their written decisions.

69. A copy of the Initial Complaint documents, the decision letters issued on those complaints from the Merit System Protection Board – Plaintiff's Exhibits number **15A** and Exhibit number **15A1**; the U.S.D.C. case number 20cv1145-JFR – Plaintiff's Exhibit number **15B** and Exhibit number Exhibit Number **15B1**; and the Tenth Circuit Court of Appeals are Plaintiff's Exhibits number **4** and Exhibit number **4B**. All of these documents are necessary to establish and demonstrate the Conspiracy claim issues alleged in this lawsuit does exist. The ability to see these documents in the moment are necessary evidence to be included as evidence in the instant case. The Plaintiff makes a motion to this Court to admit all of the documents discussed in this document into the record as evidence in the instant case.

70. The Plaintiff presented his Constitutional legal rights issue to the Tenth Circuit court of Appeals Judges in his Petition for Rehearing document filed with that Court in November 2021. A copy of that document is presented as Plaintiff's Exhibit **4B** that the Court chose not to correct its material harmful error. This is Plaintiff's Exhibit number **4C** and the Tenth Circuit's Decision letter as Exhibit number **4D**. The Tenth Circuits' complete and illegal failures led to the filing of the Plaintiff's Judicial Misconduct complaint against Judge William Johnson and the Tenth Circuit panel of judges in December 2021. There has been no decision rendered on that complaint to the best of the Plaintiff's knowledge to date. TWO YEARS PLUS AND NO DECISION!!! Had the Plaintiff been aware that he was a crime victim, the language and statements presented in the Misconduct complaint document would have been very much different! The Plaintiff is concerned the Judicial Misconduct procedures are being corrupted presently by the Tenth Circuit.

**It should be noted the Tenth Circuit Court of Appeals' Clerk's Office would not divulge which Judges received the "Petition for Rehearing" so that the Plaintiff could list them individually on the Misconduct complaint form.**

71. The Plaintiff believes that the Cumulative Error Doctrine should be utilized to understand what has transpired with the Courts involved. Actors in multiple jurisdictions have violated the Plaintiff's Constitutional rights. This is an <u>Indisputable fact!</u> The Plaintiff did not violate his own rights in any way- **THE PLAINTIFF WAS AND HE REMAINS A VICTIM IN ALL OF THIS MESS!**

72. The Plaintiff is submitting a copy of the Judicial Misconduct complaint form and Statement of Facts as Plaintiff's Exhibit number **2A**; Plaintiff's Response to Order to Show Cause as Plaintiff's Exhibit number **2B**; Plaintiff's Amended Complaint as Plaintiff's Exhibit number **2C**; and the letter from the Tenth Circuit Court of Appeals Executive Director showing the acceptance of the misconduct complaint against Judge William Johnson – <u>but denied the complaint against the Tenth Circuit Panel of Judges</u>. That document is Plaintiff's Exhibit number **2D**. It is worth repeating – the words and issues presented in the misconduct complaint would have been different had the Plaintiff known better. The Plaintiff has received a Dismissal decision from the Executive's Office.

73. Minimally, these overt bias-based actions and conduct are demonstrated by the outright procedural due process and Substantive due process violations that are the result of the judges perpetrating the crimes. Those crimes (in their totality) are an <u>INDISPUTABLE FACT</u> which cannot be denied. Journeymen federal actors knowingly, intentionally, deliberately and willfully choose to take actions that violated the Constitutional rights of the Plaintiff. These illegal actions demonstrated the "**SPECIFIC/STRICT INTENT**" to violate the Plaintiff's civil rights, and as such, the Plaintiff alleges that makes them criminals! The Plaintiff contends that specific/strict intent is equivalent to criminal intent regarding the conspiracy aspects/elements involved in the instant case. This is a violation of 18 U.S.C. subsections 242 – **Deprivation of Rights under color of Law.** As a participant in the conspiracy, the NMDOJ is just as guilty as the others involved in that conspiracy.

74. The Plaintiff makes a motion for this Court to **appoint a Special Prosecutor to conduct a legitimate investigation** of the alleged violations of federal and state felony statutes that have been committed on these legal matters by the conspiracy's participants. This includes not yet mentioned violations that have been committed by Opposing Counsel in the last lawsuit against the NMDOJ. As Officers of the Courts; and by their own illegal actions and conduct, Opposing Counsel has violated its legal obligations to the Courts as well as violating the Plaintiff's Constitutional rights described here within. The Plaintiff has filed his six complaints with the U.S.D.O.J. on February 21, 2025. A couple of the denial letters are in file. **The Plaintiff filed a report with the New Mexico State Police in July 2024 and they failed to take any real action on that report**.

75. Opposing Counsel was well aware that the other Defendants continue to violate the law with ONGOING criminal inaction continuing to being taken by the Defendants. The Plaintiff has sent numerous emails to Opposing Counsel outlining the ongoing violations of Law by the Defendants. This is an <u>indisputable fact</u>. They have intentionally, deliberately and willfully

ignored each and every one of the emails sent to them. They have violated 18 U.S.C. subsection **4** themselves. The Plaintiff can produce those emails to this Court if needed.

76. The Investigation would determine which of the Actors have violated the Plaintiff's Constitutional rights and the crimes they committed in doing so. It would also aid in determining those who should face a Section 1983 claim that the Plaintiff is presenting to this Court in this lawsuit. Currently, the Plaintiff identifies the current Attorney General, Raul Torrez; the former Attorney General Hector Balderas; and both members of current Opposing Counsel team as having violated the Plaintiff's Constitutional rights in the instant case. They are listed as Defendants in the instant case.

77. It should be noted that many of the federal actors involved in the overall conspiracy have been in their various positions for decades, and they knowingly violated the Plaintiff's Constitutional rights. It should also be noted that the Plaintiff was not compensated for the violation and damage to his person by his former employer – a total disability due to PTSD caused by the federal employer nor for the violation of his property interest right by the actors involved. Evidence of the damages caused by the Hostile Work Environment was included in the exhibits filed with the November 2020 case. The (unpaid) damages were caused by government employees who violated the Eminent Domain clause of the Fifth Amendment of the U.S. Constitution. **With the NMDOJ treating the Plaintiff in a subhuman fashion, the Plaintiff asks this Court to consider that each and every day is a NEW AND SEPARATE violation of the Plaintiff's Constitutional rights.**

78. The Plaintiff has exhausted his ability to get a fair hearing on any of the previous <u>NINE</u> legitimate legal complaints filed in three different federal jurisdictions. This has deprived the Plaintiff of the" **opportunity to be heard**" that is legally required under the due process clause of the Fifth Amendment of the US Constitution and Article2, subsection 18 of the New Mexico state Constitution. The Supreme Court Decision in *Cleveland Board of Education v. Loudermill*, 470 U.S. 53, 546 (1985) stated (words to the effect) that a plaintiff is legally entitled to an "opportunity to be heard" if they have a property interest right. That has not happened to date. This is an <u>indisputable fact</u>.

79. In its September 2021 decision letter, the Tenth Circuit Court of Appeals stated that the Court determined that the Plaintiff had received "the appropriate level of process " concerning  all of the previously legitimately, legally filed complaints. The Plaintiff did not have the opportunity to cross examine any of the numerous federal actors involved in these legal issues –**<u>THEREFORE, the Plaintiff did not have the full opportunity to be heard that due process procedures demand and require</u>**. The written statements of witnesses **remain unchallenged** due to the violation of the Plaintiff's Constitutional right to due process by means of technical dismissals, denials or Summary Judgements issued by federal conspiracy participants.

80. While some of the Conspiracy participants have absolute immunity from civil liability, other conspiracy participants only have qualified immunity. And it worth repeating - the violation of criminal felony statutes removes ALL immunity held by a person thereafter because the illegal actions taken are outside the official legal duties of the actors involved. These individuals are violating the law and they are attempting to cover-up their crimes by stating that they are acting under the color of Law. ***They are not***. The violations made by these individuals violated the Plaintiff's Constitutional rights both federally and State wise. And they are subject to the provisions of 42 U.S.C. Subsection 1983; Subsection 1985 and Subsection 1986 as well as the New Mexico Civil Rights Act.

81. The Supreme Court has issued many favorable decisions concerning federal employee's property interest rights to which the Plaintiff spoke to in the Petition for Rehearing document (Exhibit **4**) concerning his own property interest right. The Actors have willfully deprived the Plaintiff of equal protection he is entitled to under the Equal protection clause of the Fifth Amendment of the US Constitution and the same Equal protection clause stated in Article2, subsection 18 of the New Mexico state Constitution. The Plaintiff is being deprived of equal justice based upon the favorable legal decisions made previously concerning other federal employees and their individual property interest rights.

82. In April 2022, the Plaintiff first learned that violating someone's civil rights is a federal felony under 18 U.S.C. subsection 242 – **Deprivation of Rights Under Color of Law**; and another federal felony concerning 18 U.S.C. subsection 241(linked to 18 U.S.C. Subsection 371) – **Conspiracy against Rights** which is applicable based upon the facts of the Plaintiff's case; and 18 U.S.C. subsection 1503 – **Obstruction of Justice** which is also applicable based upon those same facts concerning the actions of all Actors involved. The Plaintiff informed the Tenth Circuit's Executive Director's Office and reported the crimes committed by the judges to the office staff representative.

83. NMDOJ's own failure to act appropriately and legally responsible connects them into active participation in the overall conspiracy that has deprived the Plaintiff of his legal rights secured and protected by the U.S. Constitution, the N.M. Constitution, and the laws of both the United States and the state of New Mexico. They do so by the intentional DIRELECTION OF DUTY AND OBSTRUCTION OF JUSTICE on the part of the NMDOJ employees.

84. In November 2022, the Plaintiff filed a complaint with the U.S. Department of Justice to which they responded they would not help the Plaintiff on his legal matters. The Plaintiff filed a second complaint in February 2023 and received a similar decision. A copy of letters is submitted as Plaintiff's Exhibit **30A** and Exhibit **30B**. They refused to help!

85. On September 12, 2023, N.M. Attorney General Raul Torrez issued a letter to Governor Lujan-Grisham stating that **he has an overriding duty to "uphold and defend the Constitutional rights of every citizen."** This is an <u>indisputable fact</u>**.** By his own personal actions and conduct under the

color of law – which are not part of his official duties as the Attorney General, Defendant Torrez has violated 18 U.S.C. Subsections 241, 242 and 1503. He is also subject to the provisions of 18 U.S.C. Subsection 1983; Subsection 1985; and Subsection 1986 as well as the New Mexico Civil Rights Act. A copy of that document is Plaintiff's Exhibit **31**. He and Balderas did not uphold or defend the Constitutional rights of the Plaintiff in any way, at any time.

86. The failure to uphold and defend the Plaintiff's Constitutional right to due process and ignoring his property interest right allows the various Actors to escape accountability for their criminal actions. This is an action taken by the NMDOJ that **furthers the overall Conspiracy** initiated by the other conspiracy participants. The claim that "prosecutorial immunity" saves the NMDOJ actually falls short of the necessary legally required actions that should have been taken by the NMDOJ.

87. In April 2022, the Plaintiff contacted the Executive Director's Office for the Tenth Circuit Court of Appeals and reported the criminal violations to a staff member in that office because he had previously filed a Judicial Misconduct complaint against these same federal actors with that office. He followed up with that office three months later and he has not received a response from the Director's office to date. The violation of 18 U.S.C. Subsection 4 – **Misprision of a Felony** is applicable to the staff of the Tenth Circuit Court of Appeals Executive Director's office. **The Jurisdictional transfer denial decision made by the Director is suspect and this Court should take appropriate action on this issue.**

88. For the record, no decision has been received concerning the Judicial Misconduct complaint from one of the federal actors directly involved in the case – the FORMER Chief Judge of the Tenth Circuit Court of Appeals. The Plaintiff left a voice message on March 15, 2024 with the Director's office requesting the status of that complaint and the Plaintiff has received a response from a representative in that office named "Katelyn?" and she stated that after the Plaintiff reported the crimes to that office in 2022, the Directors' Office forwarded those allegations to the Chief Judge of the Tenth Circuit to be dealt with.

89. This alleged referral action taken means that no action was taken by that Chief Judge to date on the criminality issue concerning the federal actors involved in the conspiracy. If he had, it would have been publically known at this late date. **This is a breakdown and failure of Judicial Counsel oversight mandated by Law concerning the criminal allegations made against the Judges** identified in that Misconduct complaint. The former Chief Judge should be held accountable for his personal violations of his former duties concerning the Misconduct complaint.

90. **Furthermore, the Plaintiff asked for a change of Venue (Jurisdiction) to the Court of Appeals for the Federal Sector in the "Statement of Facts" document submitted with the Misconduct complaint form. The Tenth Circuit Executive denied that request, but should not have.**

91. The former Chief Judge himself was implicated in the Misconduct complaint document – and he was left in charge of deciding the outcome of the complaint itself. **This person should have timely recused himself due to conflict of interest issues.** The Chief Judge should have transferred the jurisdiction of that complaint to the Court of Appeals for the FEDERAL SECTOR. He did not do so.  The Plaintiff also believes that Judge Johnson should have given the Plaintiff the option of a transfer (instead of issuing the Res Judicata decision) based upon jurisdictional issues related to the M.S.P.B. case issue - or he should have be willing to deal with the Plaintiff's property interest right correctly and legally.

92. On July 19, 2022, in the instant case, the Plaintiff filed a criminal online complaint against the federal actors with the NMDOJ. After thirty days, the Plaintiff left a voice message with the NMDOJ requesting the status of that complaint.  He received a call from a representative with the NMDOJ. **She stated that they did not receive any complaint from the Plaintiff on their online computer system.** The Plaintiff told her that he had received a confirmation email from the system showing it was received.

93. Thereafter, the Plaintiff sent a copy of the <u>DELETED</u> online complaint form and a copy of the documents submitted to the Tenth Circuit Court of Appeals concerning the Judicial Misconduct Complaint he filed previously with that particular Court. These Documents are titled: the Judicial Misconduct Complaint form and Statement of Facts; Plaintiff's Response to Show Cause Order, Plaintiff's Amended Complaint, and Petitioner's Request for Rehearing. It should be noted that the deletion of the online Complaint form document violates 18 U.S.C. Subsection 1519 – **Destruction of evidence**. A copy of the cover letter and the deleted complaint form are Plaintiff's Exhibit Number **37**.

94. The Plaintiff alleges that the evidence provided in the complaint form and the other documents submitted to the NMDOJ should have surpassed the "probable cause" threshold necessary for the criminal complaint issues to be investigated at the least by the NMDOJ *or by another more appropriate law enforcement agency - the Plaintiff reiterated this point several times in his complaint form documents to the NMDOJ*. This is an <u>indisputable fact</u>. The NMDOJ ignored the evidence presented to it and their inaction **"<u>furthers</u>" the violation** of the Plaintiffs' Constitutional rights. The NMDOJ could have ADVOCATED concerning the violation of the Plaintiff's Constitutional rights with multiple federal law enforcement Agencies like the FBI, the DOJ or the OIG concerning the violations discussed in the documents that they had in their immediate possession.

95. In Late September 2022, the NMDOJ issued a "denial of service" letter stating that their office would not be taking any legal action whatsoever on the matters presented to them. A copy of the Decision letter is Plaintiff's Exhibit Number **39**. This is an <u>indisputable fact</u>. This is NONFEASANCE on the part of the NMDOJ. The NMDOJ wants to give criminal federal Actors a "pass" on accountability for their felony crimes that have violated and continue to violate the Plaintiff's Constitutional rights – PURE AND SIMPLE. They have no problem with that reality –

they are not the one whose rights are being violated. It is the Plaintiff's hope that this Court has major objections to the CONTINUING VIOLATION of the Plaintiff's Constitutional rights.

96. In November 2022, the Plaintiff filed a criminal complaint based upon 18 U.S.C. subsections 4 – **Misprision of Felony** against the NMDOJ for its failure to take action on the federal and state felonies committed by the federal actors which was discussed in the evidence presented to the NMDOJ previously. This is an <u>indisputable fact</u>. Thereafter, the Plaintiff made two voice mail requests for status on this complaint and he has not received any response from the NMDOJ. A copy of that complaint document is Plaintiff Exhibit Number **3**. To date, the Plaintiff has not heard anything on this complaint from the NMDOJ. This is an <u>indisputable fact</u>. Based upon their conduct and actions, they apparently think at they are above scrutiny or accountability for their wrongdoings.

97. Based upon the stated duty of "upholding and defending" the Constitutional rights of the citizens put forth by Attorney General Torrez in his September 12, 2023 letter to N.M. Governor Lujan-Grisham, the Plaintiff alleges that the State has an ONGOING duty to protect its citizens' civil rights from federal intrusion and the NMDOJ's inaction to take appropriate legal action has continued to deprive the Plaintiff of his Constitutional rights under federal and state Constitutional law. A copy of the A.G.'s letter to the Governor of New Mexico dated September 12, 2023 is Plaintiff's Exhibit number **31**.

98. **For the record – the NMDOJ filed its two motions to kill the Plaintiff's Complaint for Damages lawsuit on September 29, 2023. Less than three weeks after the Attorney General's letter to the Governor**! THE NMDOJ did the same thing **AGAIN** on the most recent Lawsuit as well. This is an <u>indisputable fact</u>. It should be noted that the Plaintiff had filed his third complaint against the NMDOJ on September 25, 2023 for **its failure to file a timely Response to the Complaint for Damages lawsuit as required by law that had become due as of September 16, 2023.** The facts concerning the Attorney General's conduct and actions speak for themselves. This is an <u>indisputable fact</u>. The failure to file a timely Response on the State case should be noted by this Court.

99. The Plaintiff alleges that the federal actors violated both <u>Procedural due process and Substantive due process issues</u> by taking the actions they did – for example, In all of the final decisions issued after April 2018, the federal actors knowingly, deliberately, intentionally, and willfully ignored the Plaintiff's property interest right even though the Plaintiff made specific arguments on that issue in <u>all</u> of his initial complaint filings since April 2018. A reading of those written decisions thereafter shows that the property Interest right issue is not spoken to by the Judges; and in some instances, <u>the issue is actually "blown off"</u> by the some of the federal actors involved – the 2020 Due Process case decision by Judge Johnson and the Tenth Circuit's Panel decision issued in September 2021 are pointed to as evidence of this occurring. This is an <u>indisputable fact</u>.

100.    The failure to address legally raised issues by any federal Actor is unacceptable to any law-abiding citizen in our nation – or it should be. **These perverted decisions are arbitrary and capricious**! These procedurally and substantively defective decisions should have been overturned upon appeal - <u>but were not</u>.

101.    In fact, Judge William Johnson willfully ignored the Supreme Court decision issued in *Lawlor v. National Screen Service Corp.*, 352 U.S. 992 (<u>1957</u>) which discusses two exceptions to the issuance of a "Res Judicata" decision *<u>because such decisions may defeat the end purpose of Justice</u>*. By reading the Plaintiff's Response to the Show Cause Order document; the Plaintiff's Amended Complaint document filed in the U.S.D.C. Due Process case; the Tenth Circuit Court case Opening Statement document; and the Plaintiff's Petition for Rehearing document - both of the exceptions were properly addressed by the Plaintiff within those documents, and yet, Judge Johnson flatly ignored that legal precedent intentionally. The Judge demonstrates his bias by his conduct and actions on the case before him that deprived the Plaintiff of his Constitutional rights to due process on his legal issues. The Tenth Circuit then followed suit!

102.    **LET the Plaintiff be clear – a Judge who issues a "Res Judicata" decision should know its exceptions <u>beforehand</u> - and to act accordingly when those exceptions are presented to the Court**. The Plaintiff believes Judge Johnson knew all too well. The Plaintiff directly confronts the issue about Judge Johnson's failure to recognize this in the Amended Complaint the Plaintiff filed in January 2021 in the Due Process case. In fact, the Plaintiff lodged a "formal objection" in that document which was ignored by Judge Johnson**.** Judge Johnson failed to address that objection all-together.  This is an <u>indisputable fact</u>.

103.    All of the Actors have willfully ignored the Rule of Law in many illegal ways - issue after issue – the Constitutions, Supreme Court decisions, Judicial Issue Doctrines, Federal and State civil and Criminal Statutes, and the **massive** case law on the legal issues. Yet, the NMDOJ is fine with taking no action on the violation of the Plaintiff's constitutional rights – which is **contrary to its STATED view** on upholding and defending the Constitutional rights of its citizens. This is an <u>indisputable fact</u>. They breached their legal duties and responsibilities as the entity that is legally charged and responsible for taking care the State's legal matters and protecting the rights of the citizens residing in the state. This nothing short of a dereliction of duty by unknown employees of the NMDOJ. To think that these employees did not have knowledge of the wrongdoings is naive thinking or intentional and willful disregard.

104.    The cumulative effect is that these Actors committed federal and state level felonies to which the NMDOJ has chosen to ignore its legal obligation and duty to investigate; and it has failed to take appropriate and proper legal action to uphold and defend the Plaintiff's Constitutional rights. The failures by the federal Actors <u>goes well beyond "</u>**the appearance of impropriety** "and it can be strongly argued that the NMDOJ continues to play an active part in the conspiracy to deprive the Plaintiff of his Constitutional rights.

105.        The NMDOJ has violated a number of New Mexico Criminal Statutes, Chapter 30, Article
28, subsection 1 – **Attempt to commit felony**; and subsection 2 – **Conspiracy**. The NMDOJ, by its
actions and conduct violated New Mexico criminal statute 30-1-13 and 18 U.S.C. subsection 3
(federally)  – **Accessory after the Fact**. These are felony violations committed by the NMDOJ -
the state's top law enforcement entity, who is charged with ensuring that all citizens, all
businesses, corporations and governmental entities (and, hopefully all politicians) to uphold ALL
laws whether they are federal, state or both.  **The NMDOJ fails miserably and they operated
illegally.**

106.        The Plaintiff believes that the NMDOJ has provably violated the Fifth Amendment, the
Seventh Amendment and the Fourteenth Amendment of the U.S. Constitution by its failure to
protect its citizens' Constitutional rights from federal intrusion. The Plaintiff contends that the
NMDOJ has violated a number of statutes in 42 U.S.C. Chapter 21 – Civil Rights, which are **1**)
subsection 1981 (c) – **Equal rights under the Law**; **2**) subsection 1985 (2,3) –**Conspiracy to
Interfere with Civil Rights**; and **3**) subsection 1986 – **Action for Neglect to prevent** – which
involves the harm caused by inaction. The NMDOJ is legally liable for the failure to act within the
scope of its legal responsibilities and duties to the citizens who reside within the state.

107.        Based upon the legislative intent of the New Mexico Civil Rights Act, the NMDOJ has
violated the Constitutional rights of the Plaintiff under the U.S. constitution, the N.M.
Constitution, and as such, the NMDOJ is violating federal and state criminal law by its failure to
act in a legally responsible manner regarding its duties and obligations to the citizens of the
State. The Plaintiff seeks justice on these matters from this Court. A copy of the New Mexico
Civil Rights Act is Plaintiff's Exhibit **40**.

108.        **In summary**, No one in our nation is above the Law – no matter who thinks differently**!**
This includes **all** federal and state Actors, as well as the NMDOJ itself! **See Exhibit SCY 1**. The
Conspiracy can be traced through the submitted documents and by the actions of the
participants involved.

109.        Judge Baldock had thirty-four years of experience on the bench in 2016 when he took
the Plaintiff's Equal Employment Opportunity (EEO) complaint case that year. Reading the
*Romero* case Decision shows that Judge Baldock intentionally, deliberately and willfully ignored
the prohibition and intentionally issued a "**DEFECTIVE**" Summary Judgement decision. The
evidence submitted with the 2020 due process case that came from the 2018 case files PROVES
this issue. Judge Baldock ignored evidence that was in file. This is <u>an indisputable fact easily
proven</u>.

110.        In the Amended Complaint document filed in the November 2020 U.S.D.C. Due Process
case, the plaintiff speaks to SSA's legal responsibilities regarding the Plaintiff's property interest
right to due process  and the violation by the Agency of its duties and responsibilities by its
discussed actions.  The Plaintiff also lodges a "formal Objection" within that document that

Judge Johnson ignored as well. **It should be noted that the Plaintiff filed a formal grievance with SSA on the property interest right issue in April 2018. The Agency denied that grievance in June 2018. This failure by the Agency concerning the grievance started the due Process violation case. This is discussed on the 2020 lawsuit itself.**

111.     Judge Johnson intentionally ignored the two exceptions discussed (in the *Lawlor* case) that were presented in the Plaintiff's filed documents and he intentionally issued a DEFFECTIVE decision. Judge Johnson recognized the Constitutional rights violation regarding the issuance of a p**rohibited** "summary judgement" decision made by Judge Baldock and Judge Johnson intentionally, deliberately and willfully issued the **prohibited** "Res Judicata" decision on the case before him **AND THEREBY, HE ENTERED INTO A CONSPIRACY** to violate the Plaintiff's Constitutional rights and to keep the felony crimes committed by a peer from seeing the light of day.

112.     The Tenth Circuits' full panel of Judges, likewise, recognizes the reality of what the previous judges have done and **THEY ENTERED INTO THE CONSPIRACY** - which continues to violate the Plaintiff's Constitutional rights.  A reading of the Plaintiff's Petition for Rehearing Document discusses the Constitutional right violation issue that all of the Judges flat out deliberately ignored.  This VIOLATES the **Continuing Violation Doctrine** put forth and that can be summed up as - that until the violation is corrected - the Plaintiff's Constitutional rights remain violated.

113.     Next**,** in the instant case, Attorney Generals' Balderas and Torrez joined in this illegal Conspiracy to protect all the Judges who have gone out of their LEGAL way **TO VIOLATE THE RULE OF LAW,** and they too, ultimately violated the Plaintiff's CONSTITUTIONAL RIGHTS. The NMDOJ have become criminals just like the Judges they have been protecting by their nonfeasance.

114.     The Plaintiff filed three formal complaints against the NMDOJ itself to which it has not taken any legally identifiable action to the best of the Plaintiff's knowledge. Those complaints need to be investigated by a Special Prosecutor who can get to the bottom of who is involved in the conspiracy and to take appropriate legal action based upon the results of a formal investigation of the legal issues involved.

115.     When the Plaintiff actually gets the "OPPORTUNITY TO BE HEARD" on the legal issues he has put forth, he believes this Court, the Jury - and ultimately, the American Public will be shocked and outraged by the illegal conduct and actions of the actors involved in the violation of the Plaintiff's Constitutional rights. **Those violations are: 1) deprivation of rights, privileges, immunities of the Plaintiff's Property Interest right; 2) deprivation of a fair hearing; 3) deprivation of the opportunity to be heard; 4) deprivation of equal protection under the Law; and 5) deprivation of payment of compensation for damages to the plaintiff's person and**

**property**. The illegal actions are a deprivation of the Plaintiff's legal rights that are secured and protected by the Constitutions and the laws of both our nation and the state of New Mexico.

116.    The Plaintiff request oral arguments and the opportunity to be heard fully on these legal issues.


## Damages

As a direct and proximate result of the actors wrongful and illegal conduct and actions taken; compounded by the NMDOJ's own intentional, deliberate and willful **Nonfeasance**, the Plaintiff has suffered injuries and damages including, but no limited to physical pain, suffering, and especially, mental anguish – knowing that his Constitutional rights are being stomped on for eleven years and everyone including the NMDOJ is okay with that. The ongoing task of filing litigation seeking Justice has triggered many bad recurring PTSD episodes that originated from the illegal and debilitating actions taken by a co-conspirator, the defendant employer - SSA. NMDOJ's own legal failures to take appropriate legal action not only increased the duration but also exacerbated the suffering each and every day. The Plaintiff struggles with Depression and anger issues for weeks – sometimes months after he submits his documents to the Courts. Having to relive the CRAP that made him totally disabled over and over again!!! It makes him physically SICK - thinking and having to rehashing it over and over in each and every document he has submitted to the Courts that have gone over the line that insults equal and fair justice - time and time again.

Additional injuries include a loss of life's enjoyment in significant and meaningful ways, a very troubling loss of trust in the judicial system. The harm and damage inflicted has caused and exacerbated the Plaintiff's emotional distress concerning him being treated fairly on these matters. The Plaintiff should not have to go to such heroic measures to get justice by having to represent himself Pro Se on these legal issues. Having PTSD and a Traumatic Brain Injury (TBI) makes it difficult to think and to conduct legal research. It is draining on the Plaintiff physically and mentally daily.

This legal matter and the Plaintiff's disability caused the end of the Plaintiff's fourteen year relationship with a good woman in divorce; caused irreparable damage to most of the Plaintiff's family relationships; negatively impacted the mental health of the Plaintiff **FOREVER**; and it prematurely ended the Plaintiff's federal career – HE WOULD STILL BE WORKING TODAY IF HE HAD BEEN TREATED RIGHT!!! Unidentified federal and state Actors have defamed and injured the Plaintiff's good name, his reputation and his standing within the community. The Plaintiff has not been given the opportunity to clear his name to date. He requests this Court hear this case with the one being discussed and presented here.

Punitive damages are requested for the knowingly, Intentional, deliberate and willful violation of the Plaintiff's Constitutional rights that has occurred over the past eleven years. What the Plaintiff has endured is heart-wrenching and it should never have happened to any citizen in our nation.

**THEREFORE**, Plaintiff requests this Court enters a Judgement against the Defendant, the NMDOJ in the amount of $ Fifty Million Dollars for the NMDOJ's violation of the Plaintiff's Constitutional rights and for the violations and damages committed by the other conspiracy participants. The Plaintiff also request this Court provide for any other (Injunctive) relief the Court may deem proper such as pre-judgement and post-judgement interest, all Court costs expenditures, and future attorney fees if warranted.

Respectfully Submitted,

William Fulkerson

William M. Fulkerson,
Pro-Se Litigant
3809 General Bradley St. NE
Albuquerque NM 87111
(505) 234-0254